UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KARLA M. KREFT,                    )   Case No. SACV 07-350 JC
                  Plaintiff,       )
                                   )   JUDGMENT
            v.                     )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social             )
Security,                          )
                                   )
                  Defendant.       )
_____

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:   September 22, 2008


                                    _____/s/_____
                                    Honorable Jacqueline Chooljian
                                    UNITED STATES MAGISTRATE JUDGE